## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| In re: | ) | Case No. 08-21389-DK |
| | ) | (Chapter 11) |
| LUMINENT MORTGAGE CAPITAL, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## <u>SCHEDULES OF ASSETS AND LIABILITIES</u>

The above-captioned debtor and debtor-in-possession (the "Debtor"), hereby submits its Schedules of Assets and Liabilities (the "Schedules") pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007.

The Schedules have been prepared by the Debtor's management and are un-audited. While management of the Debtor has made every effort to ensure that the Schedules are accurate and complete based upon information that was available at the time of preparation, the subsequent receipt of information may result in material changes in financial data contained in the Schedules. Except as noted, the assets and liability data contained in the Schedules are as of September 30, 2008.

The Debtor has made every effort to allocate liabilities between the pre-and post-petition periods based upon the information and research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between pre-petition and post-petition periods may change.

While every effort has been made to file complete and accurate Schedules, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules as necessary or appropriate.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

The inclusion on Schedule G of the Schedules of any particular agreement or contract does not constitute an admission by the Debtor that such agreement or contract is an executory contract under the Bankruptcy Code or that such agreement or contract is valid and enforceable. The Debtor reserves all its rights with respect to such agreements or contracts, including without limitation, the right to seek or contest any re-characterization of any such agreements or contracts on any available basis.

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts. The claims of individual creditors for, among other things, services or taxes are generally listed as the lower of the amounts invoiced by such creditor and the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights respecting such credits and allowances.

The Bankruptcy court has approved the payment of certain pre-petition claims against the Debtor, including, without limitation, certain claims of employees for wages, salaries, contributions to benefit plans, reimbursement of business expenses and other claims, as well as certain tax obligations. Such claims may not be reflected in Schedule E or Schedule F, respectively.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, unless otherwise noted, the carrying value on the Debtor's books, rather than the current market values, of the Debtor's interests in property is reflected on the Debtor's Schedules.

The Schedules do not include administrative or other proceedings to determine coverage under workers' compensation programs.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re   Luminent Mortgage Capital, Inc.               Case No.   08-21389-DK
                    Debtor

                                                       Chapter   11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  0 | | |
| B - Personal Property | Yes | 3 | $  1,709,043 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  127,127,992 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $  2 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $  245,045,109 | |
| G - Executory Contracts and Unexpired Leases | Yes | 5 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| **TOTAL** | | 19 | $  1,709,043 | $  372,173,103 | |

B6A (Official Form 6A) (12/07)

In re __ Luminent Mortgage Capital, Inc. _____ ,                Case No.  08-21389-DK_____
                Debtor                                                                                        (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OD DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total▶

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re _____**Luminent Mortgage Capital, Inc**_____          Case No. _____**08-21389-DK**_____
                          Debtor                                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in banks | | $234,454 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Deposit in bank for 1515 Market Street office lease | | $200,576 |
| | | Deposit for prior office space (not yet recovered) | | 17,296 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Aon Risk Services – D&O Insurance – (Unearned premium as of Petition Date) | | 577,937 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

In re _____**Luminent Mortgage Capital, Inc**_____          Case No. _____**08-21389-DK**_____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Management fee receivable for asset management services to Charles Fort CDO I<br>Rent incentive receivable<br>Fee receivable for loan review services | | 93,354<br><br>50,000<br>77,100 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | Intercompany accounts are not shown. | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

In re _____**Luminent Mortgage Capital, Inc**_____          Case No. _____**08-21389-DK**_____
　　　　　　　　　　　　　**Debtor**                                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture and equipment at Philadelphia, PA and Denver, CO office | | 417,651 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid technology maintenance and services<br>Miscellaneous | | 34,096<br>6,609 |

____0____ continuation sheets attached          Total▶          $          1,709,043

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re _____Luminent Mortgage Capital, Inc.,_____     Case No.  08-21389 DK_____
                    **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐      Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Arco Capital Corporation City View Plaza II, 48 Carr 165 Ste 6000, Guaynabo, PR, 00968-8060 | x | | 9/26/2007 as amended. Line of credit is secured by all assets of the company. <br><br> VALUE $ 1,710,543 | | | | $30,403,611 which includes accrued interest | |
| ACCOUNT NO. <br> GGRE LLC, City View Plaza II, 48 Carr 165 Ste 800, Guaynabo, PR, 00968-8060 | x | | all assets of the company. <br><br> VALUE $    1,710,543 | | | | $96,724,381 | |
| ACCOUNT NO. <br> | | | <br><br> VALUE $ | | | | | |

____ continuation sheets attached         Subtotal ▶ <br> (Total of this page)

| | $  127,127,992 | $ |
|---|---|---|

Total ▶ <br> (Use only on last page)

| | $  127,127,992 | $ |
|---|---|---|

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re _____Luminent Mortgage Capital, Inc.,_____      Case No.  08-21389-DK_____
                          Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ **Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.**

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re _____Luminent Mortgage Capital, Inc.,_     Case No.  08-21389-DK_____
                            Debtor                                          (if known)

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5.400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1___ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re ___Luminent Mortgage Capital, Inc_____,    Case No. 08-21389-DK_____
                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See instructions above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  06-1694835 <br> U.S Internal Revenue Service | X | | 1/1/2007 to 9/5/2008 | x | x | x | $1 (1) | $1 | |
| Account No.   06-1694835 <br> California State Board of Equalization P.O. Box 942879 Sacramento CA 94279-0001 and | X | | 1/1/2007 to 9/5/2008 | x | X | x | $1 (1) | $1 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ____1_ of ____1_ continuation sheets attached to
Schedule of Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)    | $2 | $2 |

Total➤
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    | $2 |

Totals➤
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    | $2 | $ |

(1)  Luminent Mortgage Capital, Inc files a consolidated income tax return and therefore all subsidiary companies may be jointly liable.

B 6F (Official Form 6F) (12/07)

In re __Luminent Mortgage Capital, Inc._____,          Case No. _____08-21389-DK_____
                    Debtor                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> See Attached | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT NO. <br><br> | | | | | | | |
| ACCOUNT No. <br><br> | | | | | | | |
| | | | Subtotal▶ | | | | $ |
| __2__ continuation sheets attached | | | Total▶ <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable, on the <br>Statistical Summary of Certain Liabilities and Related Data.) | | | | $245,045,108.98 |

LUMINENT MORTGAGE CAPITAL, INC.
Schedule F - Creditors Holding unsecured nonpriority claims

| CREDITOR'S NAME | MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above) | | | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 CALIFORNIA VENTURE | c/o Hines Dept. 44741 | PO Box 44000 | SAN FRANCISCO | CA 94144 | | | | | | $ 738.96 |
| ADP, INC. | 51 Mercedes Way | | Edgewood | NY 11717 | | | | | | $ 1,172.95 |
| ADVANCED OFFICE ENVIRONMENTS, INC. | PO BOX 8500 - (S-5065) | | Philadelphia | PA 19178-5065 | | | | | | $ 173.76 |
| Akin Gump Strauss Hauer & Feld LLP | Two Commerce Square | 2001 Market St., Ste. 4100 | Philadelphia | PA 19170-6845 | | | | | | $ 876.37 |
| AllRegs | 2975 Lone Oak Drive | Suite 140 | Eagan | MN 55121 | | | | | | $ 545.00 |
| ARAMARK Refreshment Services | 7850 Airport Highway | | Pennsauken | NJ 08109 | | | | | | $ 48.15 |
| AT&T - IS 001-6934 048 1 | P.O. Box 6463 | | Sacramento | CA 95887-0001 | | | | | | $ 1,143.80 |
| AT&T - 821471292 | P.O. Box 6463 | | Carol Stream | IL 60197-6463 | | | | | | $ 2,822.56 |
| AT&T 415 217-4500 | PAYMENT CENTER | | SACRAMENTO | CA 95887-0001 | | | | | | $ 1,921.69 |
| Banc of America Leasing & Capital LLC | PO Box 371992 | | Pittsburgh | PA 15250-7992 | | | | | | $ 4,086.14 |
| Bloomberg LP | PO Box 30244 | | Hartford | CT 06150-0244 | | | | | | $ 18,612.40 |
| Bowne of New York | P.O. Box 5681 | | New York | NY 10277-2706 | | | | | | $ 32,816.00 |
| C T Corporation System | P.O. Box 4349 | | Carol Stream | IL 60197-4349 | | | | | | $ 1,050.50 |
| Canon Business Solutions | P.O. Box 33191 | | Newark | NJ 07188-0191 | | | | | | $ 2,086.66 |
| Canon Financial Services, Inc. | 158 Gaither Drive | | Mt. Laurel | NJ 08054 | | | | | | $ 1,774.06 |
| CIT Technology Fin Serv, Inc. | P.O. Box 100706 | | Pasadena | CA 91189-0706 | | | | | | $ 14,071.93 |
| City of Philadelphia | Department of Revenue | | Philadelphia | PA 19105 | | | | | | $ 67.30 |
| Cogent Communications, Inc. | P.O. Box 791087 | | Baltimore | MD 21279-1087 | | | | | | $ 2,551.48 |
| Cohen, Craig | 50 Hyde Park Circle | | Denver | CO 80209 | | | | | | $ 8,333.34 |
| Coventry | PO Box 197 | | Cheswold | DE 19936 | | | | | | $ 370.50 |
| DataVerify | 16100 Chesterfield Parkway West | suite 200 | Chesterfield | MO 63017-4817 | | | | | | $ 4,239.95 |
| Dell Business Credit | Payment Processing Center | P.O. Box 5275 | Carol Stream | IL 60197-5275 | | | | | | $ 12,293.74 |
| Deloitte & Touche LLP | Attn: Michell Ma | 50 Freemont Street | SAN FRANCISCO | CA 94105-2230 | | | | | | $ 20,000.00 |
| Double Day Office Services, Inc | 340 Shaw Road | | South San Francisco | CA 94080 | | | | | | $ 264.00 |
| Duane Morris LLP | Attn Fredreick W. Dreher | United Plaza, 30 S. 17th Street | Philadelphia | PA 19103-4196 | | | | | | $ 713,763.37 |
| Emerson Network Power | 610 Executive Campus drive | | Westerville | OH 43082 | | | | | | $ 549.45 |
| EmphaSys Technologies | Mortgage and Asset Backed Securities Gro | 251 Old York Road | Jenkintown | PA 19046 | | | | | | $ 7,500.00 |
| FRANK RAITER | P.O. BOX 142 | | WASHINGTON | VA 22747 | | | | | | $ 10,000.02 |
| Gilly Consulting | 275 Meads Mountain Road | | Woodstock | NY 12498 | | | | | | $ 6,000.00 |
| Goldstein, Robert | 49 TURKEY HILL ROAD SOUTH | | WESTPORT | CT 06880 | | | | | | $ 19,500.00 |
| Grant Thornton LLP | 1901 W Meyers Rd | Suite 455 | Oakbrook Terrace | IL 60181-5208 | | | | | | $ 6,372.00 |
| Harbor City Research | 201 N. Charles Street | Ste 900 | Baltimore | MD 21201 | | | | | | $ 396.00 |
| Hays & Company LLP | David Litten | 477 Madison Avenue 10th Floor | New York | NY 10022 | | | | | | $ 35,000.00 |
| HR Simplified, Inc. | 8441 Wayzata Blvd., suite 300 | | Minneapolis | MN 55426 | | | | | | $ 396.00 |
| Hreshko, Michele | 209 Snapdragon Street | | Warrington | PA 18976 | | | | | | $ 2,783.00 |
| Informa Global Markets | P.O. Box 32259 | | Hartford | CT 06150-1828 | | | | | | $ 1,650.00 |
| Intex Solutions, Inc. | 110 A Street | | Needham | MA 02494-2807 | | | | | | $ 78,800.00 |
| Iron Mountain Records Management | PO Box 601002 | | Los Angeles | CA 90060-1002 | | | | | | $ 1,136.09 |
| ITelagen, LLC | Herbicide Plaza X | 3 Second Street, Sta 1204 | Jersey City | NJ 7311 | | | | | | $ 3,228.20 |
| Johnston, Jay | 22 Dorado Beach Estates | | Dorado | PR 00646 | | | | | | $ 3,333.34 |
| Kekst and Company, Inc. | 437 Madison Avenue | | New York | NY 10022-7195 | | | | | | $ 12,491.48 |
| KPMG LLP | DEPT.0866 | POB 120001 | DALLAS | TX 75312-0966 | | | | | | $ 9,000.00 |
| Kroll Factual Data | 5200 Hahns Peak Dr | | Loveland | CO 80537 | | | | | | $ 5,588.42 |
| LDiscovery | 8201 Greensboro Drive | 8th Floor - Suite 803 | McLean | VA 22102-3810 | | | | | | $ 34,576.00 |
| Liebert Global Services | P.O. Box 70474 | | Chicago | IL 60673-0001 | | | | | | $ 548.45 |
| Louie Wong LLP | Attn Artur Louie | 425 Washington Street | San Francisco | CA 94111 | | | | | | $ 113,367.37 |
| Mellon Investor Services, LLC | P.O. Box 360857 | | Pittsburgh | PA 15251-6857 | | | | | | $ 9,209.25 |
| MERS | 13059 Collections Center Drive | | Chicago | IL 60693 | | | | | | $ 264.00 |
| Miller, Bruce A. | 1626 Pierce Street | Suite 408 | SAN FRANCISCO | CA 94115 | | | | | | $ 29,499.99 |
| Moody's Investors Service | 99 Church Street | | New York | NY 10007 | | | | | | $ 33,660.37 |
| Neovera Inc. | 11710 Plaza America Drive | Suite 500 | Reston | VA 20190 | | | | | | $ 163,196.63 |

| Creditor | Attn / Address 1 | Address 2 | City | State | ZIP | Secured | Amount |
|---|---|---|---|---|---|---|---|
| New York Stock Exchange, Inc | | | | | | | $ 40,151.00 |
| Office Tiger Global Real Estate Services, Inc. | Joseph M. Pisano, Mgr - Fin. Compliance | PO Box 8500, Box 4006 | Philadelphia | PA | 19178-4006 | | $ 41,686.45 |
| Piovanelli, Francesco | P.O. Box 505363 | | Charlotte | NC | 28290-5363 | | $ 3,333.34 |
| Pitney Bowes | 29 Dorado Beach East | | Dorado | PR | 00646 | | $ 254.99 |
| PR Newswire Association, LLC | P.O. Box 856390 | | Louisville | KY | 40285-6390 | | $ 9,659.25 |
| PricewaterhouseCoopers Product Sales LLC | G.P.O. Box 5897 | | New York | NY | 10087-5897 | | $ 1,500.00 |
| | 3109 W. Dr. Martin Luther King Jr. Boulevard | | Tampa | FL | 33607 | | $ 7,500.00 |
| REIT Funding, LLC | 1175 Peachtree Street, N.E. | | Atlanta | GA | 30361-6205 | | $ 450.00 |
| SS&C Technologies, Inc. | Department Number 5468 | | Hartford | CT | 06150-5468 | | $ 52,000.00 |
| Standard & Poor's | 2542 Collection Center Drive | | Chicago | IL | 60693 | | $ 2,013.54 |
| Staples Business Advantage | Dept PHL 85103 | | Hartford | CT | 06150-0851 | | $ 85,721.40 |
| Thacher Proffitt & Wood LLP | 2 World Financial Center | | New York | NY | 10281 | | $ 9,150.00 |
| The Bank of New York | 101 Barclay Street | | New York | NY | 10286 | | $ 392.63 |
| The Depository Trust Company | PO Box 27590 | 4 west | New York | NY | 10087-7590 | | $ 15,423.86 |
| Thomson Financial LLC | P.O. Box 5136 | | Carol Stream | IL | 60197-5136 | | $ 2,176.78 |
| UPS - 2W0381R shipper# | P.O. BOX 7247-0244 | | Philadelphia | PA | 19170-0001 | | $ 1,293.50 |
| Verizon | PO Box 660748 | | Dallas | TX | 75266-0748 | | $ 60.82 |
| Verizon 215-523-6868 | PO Box 660748 | | Dallas | TX | 75266-0748 | | $ 768.42 |
| Verizon 215-564-5800 | PO Box 660748 | | Dallas | TX | 75266-0748 | | $ 2,273.11 |
| Verizon 215-564-5929 | PO Box 660748 | | Dallas | TX | 75266-0748 | | $ 765.07 |
| Verizon, acct Y2230807 | 7049 Collection Center Drive | | Chicago | IL | 60693 | | $ 29,140.17 |
| Wall Street Concepts, Inc. | 489 Sheemaker Road | Suite 111 | King of Prussia | PA | 19406 | | $ 4,946.63 |
| Watson Communications Corp | 100 Lawrence Dr | | West Chester | PA | 19380 | | $ 1,209.65 |
| Wayne Moving & Storage Co | WF 8113 | | Minneapolis | MN | 55479 | | $ 24,630.66 |
| Wells Fargo Bank | N3911-110 | P.O. Box 1450 | Minneapolis | MN | 55485-8113 | | $ 112,724.64 |
| Wells Fargo Bank, N.A. | 30300 Telegraph Rd., suite 100 | 625 Marquette Avenue | Bingham Farms | MI | 48025 | | $ 19,415.05 |
| Wetzel Trott, Inc. | 9055 CEDAR RIDGE DRIVE | | GRANITE BAY | CA | 95746 | | $ 11,500.02 |
| Whitters, Joseph | | | | | | | |
| Merrill Lynch Government Securities, Inc. and/or | Andrew V. Waskow, Esq. | 4 World Financial Center North Tower, 12th Floor | New York | NY | 10080 | YES | $ 7,570,287.87 |
| Merrill Lynch Government Securities, Inc. and/or | Karen Hurley | 4 World Financial Center North Tower, 12th Floor | New York | NY | 10080 | YES | |
| HSBC Securities (USA), Inc. | Attn: Craig Weingard, Vice President Traded Markets Documentation | 452 Fifth Avenue, 7th Floor | New York | NY | 10018 | YES | $ 7,050,737.75 |
| Diana Statutory Trust I | JPMorgan Chase Bank NA 600 Travis Street, 50th floor | Attn: Institutional Trust Services – Diana Statutory Trust | Houston | TX | 77019 | YES | $ 53,041,675.00 |
| Diana Statutory Trust II | Mudassir Mohamed The Bank of New York Mellon Treasury Services / AIS / MBS CLIENT SERVICES | 601 Travis Street, 16th floor | Houston | TX | 77002 | YES | $ 53,041,675.00 |
| Wilmington Trust Company Rodney Square North | | | | | | YES | $ 42,408,833.74 |
| Diana Statutory Trust II | Christopher J. Slaybaugh, CCTS Assistant Vice President James R. Lewis Wells Fargo Bank, N.A. | 1100 North Market Street | Wilmington | DE | 19890-1600 | YES | $ 42,408,833.74 |
| 8.125% Senior Convertible Notes due 2027 | Gordon A Kovacs Regional Manager -- Special Assets | 45 Broadway, 14th Floor MAC N2656-140 | Corporate Capital Markets | | | YES | $ 95,864,303.00 |
| | | 3800 Buffalo Speedway 2nd Floor | New York | NY | 10006-3004 | YES | $ 95,864,303.00 |
| WaMu Capital Corporation | c/o Greenwich Capital Markets, Inc. Mellon Investor Services, LLC | 600 Steamboat Road P.O. Box 360857 | Houston | TX | 77098 | YES | $ 13,251,121.69 |
| Greenwich Capital Financial Products, Inc. | | | Greenwich | CT | 06830 | YES | $ 10,115,152.08 |
| 2nd Quarter 2007 dividend | | | Pittsburgh | PA | 15251-6857 | YES | $ 13,855,961.00 |
| | | | | | | | $ 245,045,108.98 |

B 6G (Official Form 6G) (12/07)

In re __Luminent Mortgage Capital, Inc._____,          Case No. 08-21389-DK_____
               Debtor                                                                   (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| SS&C Technologies, Inc., a Delaware corporation, 80 Lamberton Road, Windsor, CT 06095, Fax 860-298-4969, Phone: 860-298-4832 | Professional Services Agreement dated August 4, 2006, for SS&C to provide to Luminent Mortgage Capital, Inc. certain services and/or provide or develop certain software or other products pursuant to work requests. |
| SS&C Technologies, Inc., a Delaware corporation, 80 Lamberton Road, Windsor, CT 06095, Fax 860-298-4969, Phone: 860-298-4832 | Software License Agreement dated August 4, 2006, allowing Luminent Mortgage Capital, Inc. to use CAMRA 'S' for Microsoft SQL Server and includes Report Express and CI Manager. |
| SS&C Technologies, Inc., a Delaware corporation, 80 Lamberton Road, Windsor, CT 06095, Fax 860-298-4969, Phone: 860-298-4832 | Maintenance Program Agreement, dated August 4, 2006, designed to provide support to Luminent Mortgage Capital, Inc. to use CAMRA 'S' for Microsoft SQL Server and includes Report Express and CI Manager. |
| SS&C Technologies Canada Corp., operating through its business unit Securities Valuation, 5255 Orbitor Drive, Mississauga, Ontario, L4W 5M6, Canada, | Luminent Mortgage Capital, Inc. is granted a limited license to use certain data. |
| SS&C Technologies, Inc. a Delaware corporation, 80 Lamberton Road, Windsor, CT 06095, Fax 860-298-4969, Phone: 860-298-4832 | Software license agreement allowing Luminent Mortgage Capital, Inc. to use SS&C's Anteries and Debt and Deravitives software products. |
| Compliance Resource Partners, 7866 S. Hill Drive, Littleton, CO 80120 [counterparty is Luminent Capital Management, Inc. | Engagement Letter, dated September 11, 2008, for preparation and assistance in relation to registering as a registered investment advisor. |

B 6G (Official Form 6G) (12/07)

| | |
|---|---|
| 1515 Market Street Acquisition Partners, LP, c/o Stockton Real Estate Advisors, LLC, 1515 Market Street, Suite 900, Philadelphia, PA 19102 | Real estate lease, dated April 8, 2008, relating to 20th Floor, Suite 2000, 1515 Market Street, Philadelphia, PA |
| Wachovia Bank, N.A., 401 Linden Street, Mail Code NC6034, Winston Salem, NC 27101 | Standby letter of credit in favor of 1515 Market Street Acquisition Partners, LP, issued 4/18/08, for the account of Luminent Mortgage Capital, Inc. |
| Intex Solutions, Inc., 110 A Street, Needham, MA 02494 | Service Agreement dated June 1, 2005 for INTEX Residential Whole Loan CMO/REMIC (WL) Deal Modeling Service, INTEX ABS Home Equity (ABS-HE) Deal Modeling Service and INTEXDesktop User Support Services.<br><br>Plesae note that new terms may have been negotiated 6/1/08. |
| Bloomberg L.P., 499 Park Avenue, New York, NY 10022 | Bloomberg Agreement, dated 4/19/05, relating to provision of Bloomberg Professional service information |
| Bloomberg L.P., 499 Park Avenue, New York, NY 10022 | Bloomberg Datafeed Addendum, dated 4/19/05, relating to the right to use Bloomberg information |
| Bloomberg L.P., 499 Park Avenue, New York, NY 10022 | Bloomberg Schedule of Services, dated 4/19/05, relating to the provision of a Bloomberg terminal. |
| Bloomberg L.P., 499 Park Avenue, New York, NY 10022 | Bloomberg Schedule of Services, dated 6/27/05, relating to the provision of a Bloomberg terminal. |
| Bloomberg L.P., 499 Park Avenue, New York, NY 10022 | Bloomberg Schedule of Services, dated 7/24/06, relating to the provision of a Bloomberg terminal. |

B 6G (Official Form 6G) (12/07)

| | |
|---|---|
| Central Mortgage Company Parties to contract are Luminent Mortgage Capital, Inc, Maia Mortgage Finance Statutory Trust and Mercury Mortgage Finance Statutory Trust | Mortgage loan servicing agreement dated July 2006 relating to the servicing of loans purchased by the entities and subsequently transferred to bankruptcy remote entities for securitization. |
| Clayton. 2 corporate Drive, Shelton CT | Agreement for Clayton to provide certain loan review services for the company on a consulting basis |
| Data Verify 16100 Chesterfield Parkway West, Suite 200, Chesterfield, Missouri 63017 | Subscription service for verification of loan information and documentation |
| Hedge Trackers, 14407 Big Basin Way, Suite A Saratoga, CA 95070 | Provide derivatives valuation serivces |
| PR News Wire | Provide distribution services for press releases |
| SAS Institute Inc, World Headquarters, SAS Campus Drive, Cary, NC 27513 | Softward License agreement |
| Street Solutions, Inc., 24 Scherer Court, Lawrenceville, NJ 08648 | Softward License agreement |
| Thompson Financial, 22 Thompson Place, Boston, MA 02210 | Provide corporate website maintenance services and other investor relations services |

B 6G (Official Form 6G) (12/07)

| | |
|---|---|
| Veros Realestate Solutions, LLC, 2333 N. Broadway, Suite 350, Santa Ana, CA 92706 | Softward License agreement, fees based on usage |
| Wall Street Concepts, 44 Wall Street, 3rd Fl, NY, NY 10005 | Softward License agreement |
| Great Plains / Microsoft Dynamics | Softward License agreement |
| Neovara, Inc, 11710 Plaza America, Dr. Ste 500, Reston VA 20190 | Network support services |
| ITelegen, LLC, Harborside Plaza X, Suite 1204, Jersey City, NJ 07311 | Network support services |
| Heller Erhman, 333 Bush Street, San Francisco, CA 94104-2878 | Professional services regarding Luminent's shareholder lawsuit and derivative lawsuit |
| O'Shea Partners LLP, 90 Park Avenue, 20th Floor, NY, NY 10016 | Litigation services |
| Venable LLP, Two Hopkins Plaza, Suite 1800, Baltimore, MD 21201-2978 | Legal councel for real estate investment trust and state of Maryland business |

B 6G (Official Form 6G) (12/07)

| | |
|---|---|
| Charles Fort I CDO, 1515 Market Street, philadelphia, PA 19102 | Agreement to provide collateral management services for a fee based on assets under management in the Charles Fort I CDO asset trust. |

Note: this list is based on information known at the time if preparation. If additional information about contracts is discovered in the future the schedule will be amended.

B 6H (Official Form 6H) (12/07)

In re _____ **Luminent Mortgage Capital, Inc** _____      Case No. 08-21389-DK_____
_____**Debtor**_____                                                              **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mercury Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |
| Mercury Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | GGRE LLC<br>48 Carr 165, Suite 800<br>Guaynabo, PR 00968-8060 |
| Mercury Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Merrill Lynch Government Securities, Inc. and/or Merrill Lynch pierce, Fenner & Smith Inc.<br>Anerew V. Waskow Esq.<br>North Tower, 12th Fl.<br>New York, NY 10080 |
| Mercury Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Senior Convertible Notes, Trustee<br>James R. Lewis<br>Wells Fargo Bank, NA<br>45 Broadway, 14th Floor<br>New York, NY, 10006-3004 |
| Mercury Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Greenwich Capital Financial Products, Inc, c/o Greenwich Capital Markets, Inc.<br>600 Steamboat Road<br>Greenwich, CT, 06830<br>Attn Legal Department - Documentation |
| Mercury Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | WAMU Capital Corporation<br>Gordon Kovacs<br>3800 Buffalo Speedway, 2nd Floor<br>Houston, TX 77098 |
| Maia Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |
| Maia Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | GGRE LLC<br>48 Carr 165, Suite 800<br>Guaynabo, PR 00968-8060 |

B 6H (Official Form 6H) (12/07)

| | |
|---|---|
| Maia Mortgage Finance Statutory Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Senior Convertible Notes, Trustee<br>James R. Lewis<br>Wells Fargo Bank, NA<br>45 Broadway, 14th Floor<br>New York, NY, 10006-3004 |
| Minerva Mortgage Finance Corporation<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |
| Minerva Mortgage Finance Corporation<br>1515 Market Street<br>Philadelphia, PA 19102 | GGRE LLC<br>48 Carr 165, Suite 800<br>Guaynabo, PR 00968-8060 |
| Minerva Mortgage Finance Corporation<br>1515 Market Street<br>Philadelphia, PA 19102 | Merrill Lynch Government Securities, Inc. and/or Merrill Lynch pierce, Fenner & Smith Inc.<br>Anerew V. Waskow Esq.<br>North Tower, 12th Fl.<br>New York, NY 10080 |
| Minerva Mortgage Finance Corporation<br>1515 Market Street<br>Philadelphia, PA 19102 | Wamu Capital Corporation<br>Gordon Kovacs<br>3800 Buffalo Speedway<br>2nd Floor<br>Hoston, TX 77098 |
| OT Realty Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |
| OT Realty Trust<br>1515 Market Street<br>Philadelphia, PA 19102 | GGRE LLC<br>48 Carr 165, Suite 800<br>Guaynabo, PR 00968-8060 |
| Proserpine, LLC<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |
| Proserpine, LLC<br>1515 Market Street<br>Philadelphia, PA 19102 | GGRE LLC<br>48 Carr 165, Suite 800<br>Guaynabo, PR 00968-8060 |
| Luminent Capital Management, Inc.<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |
| Luminent Capital Management, Inc.<br>1515 Market Street<br>Philadelphia, PA 19102 | GGRE LLC<br>48 Carr 165, Suite 800<br>Guaynabo, PR 00968-8060 |
| Pantheon Holding Company, Inc<br>1515 Market Street<br>Philadelphia, PA 19102 | Arco Capital Corporation<br>48 Carr 165, Suite 6000<br>Guaynabo, PR 00968-8060 |

B 6H (Official Form 6H) (12/07)

Pantheon Holding Company, Inc
1515 Market Street
Philadelphia, PA 19102

GGRE LLC
48 Carr 165, Suite 800
Guaynabo, PR 00968-8060

Minerva CDO Delaware SPV LLC
1515 Market Street
Philadelphia, PA 19102

Arco Capital Corporation
48 Carr 165, Suite 6000
Guaynabo, PR 00968-8060

Minerva CDO Delaware SPV LLC
1515 Market Street
Philadelphia, PA 19102

GGRE LLC
48 Carr 165, Suite 800
Guaynabo, PR 00968-8060

Saturn Portfolio Management, Inc.
1515 Market Street
Philadelphia, PA 19102

Arco Capital Corporation
48 Carr 165, Suite 6000
Guaynabo, PR 00968-8060

Saturn Portfolio Management, Inc.
1515 Market Street
Philadelphia, PA 19102

Senior Convertible Notes, Trustee
James R. Lewis
Wells Fargo Bank, NA
45 Broadway, 14th Floor
New York, NY, 10006-3004

Saturn Portfolio Management, Inc.
1515 Market Street
Philadelphia, PA 19102

GGRE LLC
48 Carr 165, Suite 800
Guaynabo, PR 00968-8060

Luminent Capital Management, Inc.
Maia Mortgage Finance Statutory Trust
Mercury Mortgage Finance Statutory Trust
Minerva CDO Delaware SPV LLC
Minerva Mortgage Finance Corporation
OT Realty Trust
Pantheon Holding Company, Inc
Proserpine, LLC
Saturn Portfolio Management, Inc.
1515 Market Street
Philadelphia, PA 19102

U.S. Internal Revenue Service

Luminent Capital Management, Inc.
Maia Mortgage Finance Statutory Trust
Mercury Mortgage Finance Statutory Trust
Minerva CDO Delaware SPV LLC
Minerva Mortgage Finance Corporation
OT Realty Trust
Pantheon Holding Company, Inc
Proserpine, LLC
Saturn Portfolio Management, Inc.
1515 Market Street
Philadelphia, PA 19102

California State Borad of Equalization
P.O. Box 942879
Sacramento, CA 94279

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____ Luminent Mortgage Capital, Inc,          Case No. _____0821389-DK_____
                        **Debtor**                                                (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____          Signature: _____
                                                              Debtor

Date _____          Signature: _____
                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any,      Social Security No.
of Bankruptcy Petition Preparer               (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____          _____
  Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
-------------------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the___President and Chief Executive Officer_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the_____Corporation_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules consisting of _____19_____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date September 30, 2008 _____

                          Signature: /s/        Zachary H. Pashel _____

                                    _____Zachary H Pashel_____
                                         [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.