**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In Re:　LUMINENT MORTGAGE CAPITAL, INC., *et al.* | * * * | Case No. 08-21389-DK |
| | * | Chapter　11 |
| Debtors. | * | |
| ****************************************** | | |
| In Re:　LUMINENT CAPITAL MANAGEMENT, INC., | * * | Case No. 08-21390-DK |
| MAIA MORTGAGE FINANCE STATUTORY TRUST, | * * | Case No. 08-21391-DK |
| MERCURY MORTGAGE FINANCE STATUTORY TRUST, | * * | Case No. 08-21392-DK |
| MINERVA CDO DELAWARE SPV LLC, | * * | Case No. 08-21393-DK |
| MINERVA MORTGAGE FINANCE CORPORATION, | * * | Case No. 08-21394-DK |
| OT REALTY TRUST, | * | Case No. 08-21395-DK |
| PANTHEON HOLDING COMPANY, INC., | * * | Case No. 08-21396-DK |
| PROSERPINE, LLC, | * | Case No. 08-21397-DK |
| SATURN PORTFOLIO MANAGEMENT, INC. | * * | Case No. 08-21398-DK |
| | * | |
| | * * * | Jointly Administered Under Case No. 08-21389-DK |

**ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
MAHONEY COHEN & COMPANY, CPA, P.C. AS FINANCIAL ADVISORS FOR THE
<u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC*</u>**

Upon the application (the "Application") of the Official Committee of Unsecured Creditors (the

"Committee") of Luminent Mortgage Capital, Inc., *et al*. (the "Debtors"), for entry of an order

authorizing the employment and retention of Mahoney Cohen & Company, CPA, P.C. ("Mahoney Cohen") as financial advisors to the Committee, *nunc pro tunc* to September 18, 2008, pursuant to Sections 327, 328, 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2014 and 2016; and upon the Affidavit of Charles Berk in support thereof; and it appearing that Mahoney Cohen represents no interest adverse to the estates, the Committee or creditors herein with respect to the matters for which Mahoney Cohen is to be engaged, that Mahoney Cohen being a disinterested person as that term is defined in Section 101(14) of the Bankruptcy Code, and the employment and retention of Mahoney Cohen being necessary and in the best interests of the estates, and good and adequate notice of the Application having been given, and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Official Committee of Unsecured Creditors of Luminent Mortgage Capital, Inc., *et al.* is authorized to employ Mahoney Cohen as financial advisors to represent it on an hourly basis at normal, reasonable rates, with the payment of such fees subject to further order of Court; and it is further

ORDERED, that the retention of Mahoney Cohen shall be *nunc pro tunc* to September 18, 2008.

**END OF ORDER**

cc:    Proposed Counsel to the Committee
       Counsel to the Debtors
       Office of the United States Trustee