

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | | |
|---|---|---|
| **In re:** | * | (Chapter 11) |
| | | |
| **LUMINENT MORTGAGE CAPITAL, INC.,** | * | Case No. 08-21389-DK |
| **LUMINENT CAPITAL MANAGEMENT, INC.,** | | Case No. 08-21390-DK |
| **MAIA MORTGAGE FINANCE STATUTORY TRUST,** | * | Case No. 08-21391-DK |
| **MERCURY MORTGAGE FINANCE STATUTORY TRUST,** | * | Case No. 08-21392-DK |
| **MINERVA CDO DELAWARE SPV LLC,** | * | Case No. 08-21393-DK |
| **MINERVA MORTGAGE FINANCE CORPORATION,** | * | Case No. 08-21394-DK |
| **OT REALTY TRUST,** | | Case No. 08-21395-DK |
| **PANTHEON HOLDING COMPANY, INC.,** | * | Case No. 08-21396-DK |
| **PROSERPINE, LLC,** | | Case No. 08-21397-DK |
| **SATURN PORTFOLIO MANAGEMENT, INC.,** | * | Case No. 08-21398-DK |
| | | |
| **Debtors.** | * | (Jointly Administered Under Case No. 08-21389-DK) |

* * * * * * * * * * * * * *

### ORDER PURSUANT TO SECTION 1121(d) OF THE
### BANKRUPTCY CODE EXTENDING THE DEBTORS' EXCLUSIVE PERIOD
### TO SOLICIT ACCEPTANCES OF THEIR PLAN OF REORGANIZATION

Upon consideration of the motion (the "Motion") of Luminent Mortgage Capital, Inc., Luminent Capital Management, Inc., Maia Mortgage Finance Statutory Trust, Mercury Mortgage Finance Statutory Trust, Minerva CDO Delaware SPV LLC, Minerva Mortgage Finance Corporation, OT Realty Trust, Pantheon Holding Company, Inc., Prosperine, LLC, and Saturn

Portfolio Management, Inc. (collectively, the "Debtors"), Debtors and Debtors-in-Possession, for entry of an order extending their exclusive period to solicit acceptances (the "Exclusive Solicitation Period") of their amended chapter 11 plan [Docket No. 363] (as it may be amended, the "Amended Chapter 11 Plan") from March 4, 2009 through and including July 2, 2009; and the Court finding that: (i) no other or further notice of the Motion need be provided; (ii) it has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) venue of these cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and (v) granting the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and all parties in interest; and due consideration having been given to the responses, if any, to the Motion; and good and sufficient cause having been shown thereof,

IT IS HEREBY, by the United States Bankruptcy Court for the District of Maryland:

**ORDERED** that the Exclusive Solicitation Period is extended through and including July 2, 2009 for the Debtors; and it is further

**ORDERED** that the relief granted in this Order is without prejudice to the Debtors' rights to seek further extensions of the Exclusive Solicitation Period; and it is further

**ORDERED** that the Court shall retain jurisdiction over any and all disputes arising or otherwise relating to the interpretation, performance and enforcement of the terms and provisions of this Order.

**Copies to**:

Joel I. Sher, Esq.
Shapiro, Sher, Guinot, & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201-3147

Peter S. Partee, Esq.
Hunton & Williams LLP
200 Park Avenue, 53rd Floor
New York, New York 10166

Jeffrey N. Rothleder, Esq.
Arent Fox LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036

Andrew I. Silfen, Esq.
Arent Fox LLP
1675 Broadway
New York, NY  10019

Andrew P. Brozman, Esq.
Sara M. Tapinekis, Esq.
Clifford Chance US, LLP
31 West 52nd Street
New York, NY  10019

Maria Ellena Chavez-Ruark, Esq.
Tydings & Rosenberg
100 E. Pratt St., 26th Fl.
Baltimore, MD  21202

Dion W. Hayes, Esquire
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219

Mark A. Neal, Esq.
Office of the United States Trustee
101 W. Lombard Street, Ste. 2625
Baltimore, Maryland 21201

**- END OF ORDER-**