# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
Official Committee of Unsecured Creditors of Luminent      Invoice Number  1186661
Mortgage Capital, Inc., et al.                             Invoice Date    03/10/09
c/o Arent Fox LLP                                          Client Number   030885
1050 Connecticut Ave NW
Washington, DC 20036
```

| Category | Hours | Total |
|---|---:|---:|

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2009

| | | | |
|---|---|---:|---:|
| 00000 | General | .00 | 395.79 |
| 00002 | Case Management and Operating Reports | .20 | 48.00 |
| 00008 | Committee and Debtor Communications, Conference | 6.80 | 2,686.00 |
| 00010 | Professional Retention | .90 | 262.50 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 31.30 | 13,899.00 |
| 00012 | Cash Collateral and DIP Financing | 1.00 | 395.00 |
| 00014 | Real Estate and Leasing and Executory Contracts | .80 | 316.00 |
| 00015 | Creditor Inquiries | .60 | 237.00 |
| 00017 | Investigation of Secured Creditor, Equipment | 1.80 | 711.00 |
| 00022 | Fee Applications | 4.70 | 1,519.50 |
| Totals | | 48.10 | 20,469.79 |

```
030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                                   Page       2
```

(00000) MATTER NUMBER
RE:    General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

FOR CHARGES:

| Date | Description | Amount |
|---|---|---:|
| 02/05/09 | POSTAGE User LaRita Chappell produced $32.76 in postage on 02/05/2009 at 00:00 hrs | 32.76 |
| 02/04/09 | POSTAGE User LaRita Chappell produced $32.76 in postage on 02/04/2009 at 00:00 hrs | 32.76 |
| 02/12/09 | POSTAGE User LaRita Chappell produced $1.51 in postage on 02/12/2009 at 00:00 hrs | 1.51 |
| | **TOTAL FOR: POSTAGE** | **67.03** |
| 02/12/09 | DUPLICATING SUMMARY User Julie Hranicky copied 23 on 02/12/2009 at 16:46 hrs | 4.60 |
| 02/12/09 | DUPLICATING SUMMARY User Julie Hranicky copied 2 on 02/12/2009 at 09:27 hrs | 0.40 |
| 02/04/09 | DUPLICATING SUMMARY User Julie Hranicky copied 252 on 02/04/2009 at 11:27 hrs | 50.40 |
| 02/09/09 | DUPLICATING SUMMARY User Julie Hranicky copied 31 on 02/09/2009 at 15:10 hrs | 6.20 |
| 02/05/09 | DUPLICATING SUMMARY User Duplicate Duplication copied 645 on 02/05/2009 at 16:10 hrs | 129.00 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **190.60** |
| 02/28/09 | OTHER DATABASE SEARCH-PACER 01-01-2009 | 1.30 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **1.30** |
| 02/18/09 | DOCUMENT IMAGING User Julie Hranicky scanned 41 on 02/18/2009 at 12:45 hrs | 6.15 |
| 02/18/09 | DOCUMENT IMAGING User Julie Hranicky scanned 41 on 02/18/2009 at 12:44 hrs | 6.15 |
| 02/06/09 | DOCUMENT IMAGING User Julie Hranicky scanned 35 on 02/06/2009 at 08:43 hrs | 5.25 |
| 02/06/09 | DOCUMENT IMAGING User Julie Hranicky scanned 35 on 02/06/2009 at 08:42 hrs | 5.25 |
| 02/09/09 | DOCUMENT IMAGING User Julie Hranicky scanned 31 on 02/09/2009 at 15:12 hrs | 4.65 |
| | **TOTAL FOR: DOCUMENT IMAGING** | **27.45** |
| 01/29/09 | OVERTIME MEALS & CABS - ANDREW SILFEN | 12.59 |

```
030885 Official Committee of Unsecured Creditor         Invoice Number  1186661
   10 MARCH 2009                                                Page          3


            01/29:WORKING LUNCH

            TOTAL FOR: OVERTIME MEALS & CABS              12.59

 02/11/09   TAXICABS -  JEFFREY N. ROTHLEDER              25.00
            02/11:PARKING/TAXI:TRAVEL DEST:
            BALTIMORE, MD: STATUS CONFERENCE
 02/11/09   TAXICABS -  JEFFREY N. ROTHLEDER              46.20
            02/11:MILEAGE: 84MILES: TRAVEL DEST:
            BALTIMORE, MD STATUS CONFERENCE

            TOTAL FOR: TAXICABS                           71.20

 01/29/09   MEALS -  SEAMLESS WEB PROFESSIONAL            25.62

            TOTAL FOR: MEALS                              25.62

                                                      -------------
                   CURRENT CHARGES                          395.79

                   SUBTOTAL FOR THIS MATTER               $395.79
```

```
030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                                   Page       4


    (00002) MATTER NUMBER
    RE:    Case Management and Operating Reports

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

    Date        Timekeeper                                              Hours      Value
    -------     ----------                                              -----      -----
    02/04/09  LA  INDELICATO     Review docket and revise and forward    .2        48.00
                                 master service list to Jeff Rothleder.

                                                                              -------------
                              CURRENT FEES                                        48.00


                       TIMEKEEPER TIME SUMARY
    ----------------------------------------------------------------
    LISA INDELICATO            .2     at   $240.00 =       48.00
                              ----                      ---------
              TOTALS           0.2                         48.00

                       SUBTOTAL FOR THIS MATTER                               $48.00
```

```
030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                                    Page     5
```

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/09 | JN ROTHLEDER | Revise and forward to M. Wilson for review motion to continue hearings on 2/11. | .2 | 79.00 |
| 02/02/09 | JN ROTHLEDER | Draft e-mail to Committee summarizing revisions to plan term sheet proposed by Wells Fargo. | .3 | 118.50 |
| 02/03/09 | JN ROTHLEDER | Telephone conference with J. Gasden regarding subordination issues of TURPs distributions. | .2 | 79.00 |
| 02/03/09 | JN ROTHLEDER | Telephone calls to M. Wilson regarding status of motion comments and term sheet negotiations. | .2 | 79.00 |
| 02/04/09 | JN ROTHLEDER | Correspond with Debtors' counsel regarding motion to continue 2/11 hearings and finalization of same; correspond with Debtors' counsel regarding hearing schedules and deadline to object to settlement motion and correspond with A. Silfen re same. | .9 | 355.50 |
| 02/06/09 | JN ROTHLEDER | Draft and forward e-mail update to Committee regarding filing of objection Arco settlement motion. | .2 | 79.00 |
| 02/06/09 | JN ROTHLEDER | Telephone conference with M. Wilson regarding filing of objection to Arco settlement motion and follow-up with A. Silfen re same. | .4 | 158.00 |
| 02/09/09 | JN ROTHLEDER | Telephone call to and correspond with M. Wilson regarding extension of deadline for Committee to respond to disclosure statement. | .2 | 79.00 |
| 02/09/09 | JN ROTHLEDER | Draft, revise and forward e-mail to Committee members regarding motion to reject Philadelphia office lease and status conference set for 2/11. | .6 | 237.00 |
| 02/10/09 | JN ROTHLEDER | Draft and forward correspondence to M. Wilson regarding update on negotiations and status conference. | .2 | 79.00 |
| 02/10/09 | JN ROTHLEDER | Correspond with R. Norton regarding stipulation extending disclosure statement objection deadline. | .3 | 118.50 |
| 02/10/09 | JN ROTHLEDER | Telephone conference with J. Gadsden regarding status of term sheet negotiations. | .3 | 118.50 |

```
030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                                    Page       6


02/11/09  JN  ROTHLEDER      Conference call with counsel for          .5      197.50
                             Debtors, Arco and Wells Fargo
                             regarding report to court at status
                             conference.
02/11/09  JN  ROTHLEDER      Draft and forward e-mail to Committee     .3      118.50
                             regarding summary of status conference.
02/11/09  JN  ROTHLEDER      Telephone conference with M. Wilson       .4      158.00
                             regarding status of negotiations with
                             Arco and related issues.
02/12/09  JN  ROTHLEDER      Correspond with M. Wilson, C. Berk and    .6      237.00
                             A. Silfen regarding fees incurred by
                             Committee's professionals to date and
                             estimate through end of case.
02/13/09  JN  ROTHLEDER      Review correspondence from M. Wilson      .2       79.00
                             regarding counsel fees and analyze
                             same.
02/24/09  JN  ROTHLEDER      Correspond with M. Wilson regarding       .2       79.00
                             Debtor's agreement to revised appeal
                             schedule.
02/24/09  JN  ROTHLEDER      Prepare for and participate in            .6      237.00
                             conference call with Committee members
                             regarding Arco counter-proposal.
                                                                            -----------
                             CURRENT FEES                                     2,686.00


                     TIMEKEEPER TIME SUMARY
         ------------------------------------------------------
JEFFREY ROTHLEDER          6.8   at   $395.00 =    2,686.00
                           ----                   ---------
         TOTALS            6.8                     2,686.00

                     SUBTOTAL FOR THIS MATTER                                $2,686.00
```

```
030885 Official Committee of Unsecured Creditor        Invoice Number 1186661
10 MARCH 2009                                                    Page       7
```

(00010) MATTER NUMBER
RE:    Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/03/09 | JN ROTHLEDER | Correspond with S. Bernstein regarding status of Protiviti retention order. | .2 | 79.00 |
| 02/03/09 | LA INDELICATO | Review and serve Affidavit of Charles M. Berk in Support of the Retention of CBIZ Accounting, Tax & Advisory of New York, LLC and CBIZ, Inc. to Succeed Mahoney Cohen & Company, CPA, P.C. as Financial Advisors to the Official Committee of Unsecured Creditors and prepare and file Affidavit of Service. | .6 | 144.00 |
| 02/04/09 | JN ROTHLEDER | Call from Court regarding consent to Protiviti order. | .1 | 39.50 |

```
                CURRENT FEES                                          262.50


                     TIMEKEEPER TIME SUMARY
    ------------------------------------------------------------
JEFFREY ROTHLEDER         .3    at   $395.00 =       118.50
LISA INDELICATO           .6    at   $240.00 =       144.00
                         ----                     ---------
        TOTALS            0.9                        262.50

                     SUBTOTAL FOR THIS MATTER                        $262.50
```

030885 Official Committee of Unsecured Creditor                    Invoice Number 1186661
10 MARCH 2009                                                                  Page     8


(00011) MATTER NUMBER
RE:    Plan and Disclosure Statement Matters and
       Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 02/02/09 | LM EISENBERG | Emails with A. Silfen regarding preliminary objection and memo of law regarding objection to pre-plan settlement. | .2 | 88.00 |
| 02/02/09 | LM EISENBERG | Detailed review of preliminary objection to pre-plan settlement. | .8 | 352.00 |
| 02/02/09 | LM EISENBERG | Emails with A. Silfen and J. Rothleder regarding preliminary objection. | .2 | 88.00 |
| 02/02/09 | JN ROTHLEDER | Telephone conference with A. Silfen regarding status of comments from Wells Fargo to term sheet. | .1 | 39.50 |
| 02/02/09 | JN ROTHLEDER | Analyze revisions to plan term sheet from Wells Fargo. | .7 | 276.50 |
| 02/02/09 | JN ROTHLEDER | Revise preliminary objection to Arco settlement and forward same to Committee for review and comment. | .7 | 276.50 |
| 02/02/09 | AI SILFEN | Various negotiation with Wells, poll committee members, continue negotiation, revise term sheet, email to committee, negotiate, email, telephone call. | 3.2 | 1,984.00 |
| 02/03/09 | AI SILFEN | Revise documents regarding plan term sheet. | .9 | 558.00 |
| 02/03/09 | JN ROTHLEDER | Review and analyze revisions to proposed plan term sheet and forward same to Committee for review; review correspondence with Debtors on proposed plan term sheet. | .8 | 316.00 |
| 02/03/09 | LM EISENBERG | Detailed review of preliminary objection to pre-plan settlement as revised by J. Rothleder. | .6 | 264.00 |
| 02/03/09 | LM EISENBERG | Review memo of law in support of pre-plan settlement as revised by A. Silfen. | 1.2 | 528.00 |
| 02/03/09 | LM EISENBERG | Review J. Rothleder's email to committee regarding draft preliminary objection. | .2 | 88.00 |
| 02/03/09 | LM EISENBERG | Review Wells Fargo revised term sheet. | .4 | 176.00 |
| 02/03/09 | LM EISENBERG | Review A. Silfen's comments to plan term sheet. | .3 | 132.00 |
| 02/03/09 | LM EISENBERG | Review email from J. Rothleder to committee regarding term sheet, review term sheet. | .2 | 88.00 |
| 02/04/09 | LM EISENBERG | Review A. Silfen's email to committee regarding status of term sheet. | .2 | 88.00 |

030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                                   Page        9

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/04/09 | LM | EISENBERG | Review email from Z. Pastel regarding proposed amendment. | .2 | 88.00 |
| 02/05/09 | JN | ROTHLEDER | Draft and revise objection to Disclosure Statement. | 2.3 | 908.50 |
| 02/05/09 | JN | ROTHLEDER | Finalize and forward for filing preliminary objection to Arco settlement. | 1.1 | 434.50 |
| 02/05/09 | AK | CAMPBELL | Research case law re: committee's right to include recommendation letter in solicitation package. | 2.0 | 520.00 |
| 02/05/09 | AI | SILFEN | Review and revise objection to settlement. | .4 | 248.00 |
| 02/05/09 | LA | INDELICATO | Review and electronically file Preliminary Objection to Settlement with Arco. | .4 | 96.00 |
| 02/06/09 | JN | ROTHLEDER | Correspond with A. Silfen regarding objection to Debtors' disclosure statement. | .3 | 118.50 |
| 02/06/09 | LM | EISENBERG | Review preliminary objection to pre-plan settlement as finalized. | .4 | 176.00 |
| 02/06/09 | LM | EISENBERG | Review J. Rothleder email to committee regarding objection. | .2 | 88.00 |
| 02/06/09 | AK | CAMPBELL | Discuss recommendation letter with J. Rothleder (.2) and review treatment of class 4 and 5 creditors in plan and partially draft/revise letter to creditors re: the same (1.1). | 1.3 | 338.00 |
| 02/09/09 | AI | SILFEN | Draft and revise objection to disclosure statement. | .8 | 496.00 |
| 02/10/09 | AK | CAMPBELL | Review A. Silfen's comments on solicitation letter and revise. | .5 | 130.00 |
| 02/10/09 | LM | EISENBERG | Review and edit objection to Disclosure Statement. | .8 | 352.00 |
| 02/10/09 | LM | EISENBERG | Emails with J. Rothleder regarding revised objection. | .2 | 88.00 |
| 02/10/09 | JN | ROTHLEDER | Finalize and file stipulation extending disclosure statement deadline. | .3 | 118.50 |
| 02/10/09 | JN | ROTHLEDER | Conference with A. Campbell regarding revisions to draft solicitation letter. | .2 | 79.00 |
| 02/10/09 | JN | ROTHLEDER | Telephone conference with A. Silfen regarding preparation for status conference and revisions to draft solicitation letter. | .3 | 118.50 |
| 02/11/09 | JN | ROTHLEDER | Prepare for and participate in status conference regarding confirmation schedule. | .7 | 276.50 |
| 02/11/09 | JN | ROTHLEDER | Organize total Committee administrative cost for Debtors purposes to be included in Plan. | .3 | 118.50 |
| 02/11/09 | JN | ROTHLEDER | Prepare and review materials and current status of case in advance of status conference. | .4 | 158.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 02/11/09 | AI | SILFEN | Conference call with W. Curchak regarding scheduling and status, conference call with debtors and parties regarding scheduling and status. | 1.2 | 744.00 |
| 02/12/09 | AK | CAMPBELL | Revise recommendation letter to creditors. | 1.4 | 364.00 |
| 02/12/09 | JN | ROTHLEDER | Review Debtor's motion to extend exclusivity. | .2 | 79.00 |
| 02/18/09 | JN | ROTHLEDER | Review counter-proposal from Arco and correspond with A. Silfen and Committee re same. | .8 | 316.00 |
| 02/18/09 | JN | ROTHLEDER | Telephone conference with J. Gadsden regarding Arco counter-proposal. | .2 | 79.00 |
| 02/24/09 | JN | ROTHLEDER | Telephone conferences with A. Silfen and counsel for Wells Fargo regarding response to Arco's counter-proposal; telephone conference with J. Gadsden re same. | .7 | 276.50 |
| 02/25/09 | AI | SILFEN | Negotiation regarding revised proposal for plan. | .6 | 372.00 |
| 02/26/09 | JN | ROTHLEDER | Conference with A. Silfen regarding revisions to plan term sheet and forward same to counsel to Wells and follow-up call to M. Wilson re same. | .3 | 118.50 |
| 02/26/09 | AI | SILFEN | Mark up revised settlement proposal for plan. | .7 | 434.00 |
| 02/27/09 | AI | SILFEN | Negotiation regarding plan and revised terms. | .6 | 372.00 |
| 02/27/09 | JN | ROTHLEDER | Telephone conference with A. Silfen regarding status of plan negotiations and review correspondence from Wells counsel re same. | .2 | 79.00 |
| 02/28/09 | AI | SILFEN | Draft memo and proposal to committee for plan. | .6 | 372.00 |

```
                          CURRENT FEES                            13,899.00


                      TIMEKEEPER TIME SUMARY
       ----------------------------------------------------
ANDREW I. SILFEN          9.0   at   $620.00 =     5,580.00
LEAH M. EISENBERG         6.1   at   $440.00 =     2,684.00
JEFFREY ROTHLEDER        10.6   at   $395.00 =     4,187.00
ANDREA K. CAMPBELL        5.2   at   $260.00 =     1,352.00
LISA INDELICATO            .4   at   $240.00 =        96.00
                         ----                   ----------
           TOTALS        31.3                     13,899.00


                   SUBTOTAL FOR THIS MATTER                      $13,899.00
```

```
030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                           Page      11
```

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/19/09 | JN ROTHLEDER | Revise stipulation regarding brief schedule and circulate same and correspond with counsel for Arco re consent to same. | .7 | 276.50 |
| 02/25/09 | JN ROTHLEDER | Finalize and file stipulation extending DIP briefing schedule. | .3 | 118.50 |

```
                    CURRENT FEES                               395.00


                 TIMEKEEPER TIME SUMARY
    -----------------------------------------------------
JEFFREY ROTHLEDER       1.0   at  $395.00 =      395.00
                        ----                   ---------
        TOTALS          1.0                      395.00

                 SUBTOTAL FOR THIS MATTER               $395.00
```

```
030885 Official Committee of Unsecured Creditor          Invoice Number 1186661
10 MARCH 2009                                                     Page      12


(00014) MATTER NUMBER
RE:    Real Estate and Leasing and Executory Contracts

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

  Date      Timekeeper                                                Hours      Value
  -------   ----------                                                -----      -----
  02/09/09  JN  ROTHLEDER     Review motion to reject Philadelphia      .2       79.00
                              office lease.
  02/18/09  JN  ROTHLEDER     Analyze motion for authority to enter     .6      237.00
                              into two new leases for office space
                              and correspond with Committee re same.
                                                                              -------------
              CURRENT FEES                                                       316.00


                    TIMEKEEPER TIME SUMARY
              ------------------------------------------------------
  JEFFREY ROTHLEDER           .8    at   $395.00 =       316.00
                             ----                      ---------
             TOTALS           0.8                        316.00

                    SUBTOTAL FOR THIS MATTER                                    $316.00
```

030885 Official Committee of Unsecured Creditor                Invoice Number 1186661
10 MARCH 2009                                                  Page      13

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 02/09/09 | JN | ROTHLEDER | Telephone conference with counsel to Merrill Lynch regarding Committee's position with respect to Disclosure Statement. | .2 | 79.00 |
| 02/20/09 | JN | ROTHLEDER | Telephone conference with counsel to Taberna regarding plan negotiations. | .2 | 79.00 |
| 02/26/09 | JN | ROTHLEDER | Telephone conference with counsel to Taberna regarding status of plan negotiations. | .2 | 79.00 |

CURRENT FEES                                                              237.00

TIMEKEEPER TIME SUMARY
-------------------------------------------------------------
JEFFREY ROTHLEDER        .6     at  $395.00 =      237.00

         TOTALS         0.6                        237.00

                    SUBTOTAL FOR THIS MATTER                       $237.00

```
030885 Official Committee of Unsecured Creditor        Invoice Number 1186661
10 MARCH 2009                                                      Page    14
```

(00017) MATTER NUMBER
RE:    Investigation of Secured Creditor, Equipment

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 02/03/09 | JN | ROTHLEDER | Revise motion to continue hearing on motions, including authority motion, set for 2/11 and correspond with Debtors' counsel re same. | .7 | 276.50 |
| 02/04/09 | JN | ROTHLEDER | Finalize and file motion to continue hearings scheduled for 2/11, including hearing on motion for authority to investigate and pursue claims against Arco. | .3 | 118.50 |
| 02/06/09 | JN | ROTHLEDER | Correspond with A. Silfen regarding Debtors' position on objection to Arco settlement. | .2 | 79.00 |
| 02/09/09 | JN | ROTHLEDER | Telephone conference with Court regarding continuance of hearings scheduled for 2/11, including hearing on motion for authority to investigate and pursue claims against Arco, and follow-up with A. Silfen re same; review and forward orders setting status conference for 2/11. | .6 | 237.00 |

```
                    CURRENT FEES                                      711.00


                    TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
JEFFREY ROTHLEDER          1.8    at   $395.00 =         711.00

         TOTALS            1.8                           711.00

                    SUBTOTAL FOR THIS MATTER                        $711.00
```

```
030885 Official Committee of Unsecured Creditor         Invoice Number 1186661
10 MARCH 2009                                                   Page     15
```

(00022) MATTER NUMBER
RE:     Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: FEBRUARY 28, 2009

| Date | Timekeeper | Description | Hours | Value |
|---|---|---|---|---|
| 02/05/09 | JN ROTHLEDER | Revise and revise January invoice in preparation for filing with Court. | .7 | 276.50 |
| 02/08/09 | AK CAMPBELL | Review monthly invoice and draft monthly invoice notice for CBIZ Mahoney Cohen. | .2 | 52.00 |
| 02/16/09 | JN ROTHLEDER | Review filed fee notices and correspond with M. Wilson regarding discrepency in fees. | .6 | 237.00 |
| 02/17/09 | JN ROTHLEDER | Review fees filed in comparison to accounting records and reconcile the same and correspond with Debtor's counsel re same. | 1.2 | 474.00 |
| 02/18/09 | LA INDELICATO | Discussions with Jeff Rothleder regarding Amended Fee Statement for December and Monthly Fee Statement for January for AF and Mahoney. | .3 | 72.00 |
| 02/19/09 | LA INDELICATO | Prepare, file and serve Amended Fourth Fee Statement of Arent Fox, Fifth Fee Statement of Arent Fox and Fourth Fee Statement of CBIZ Mahoney Cohen and prepare and file Affidavit of Service. | 1.7 | 408.00 |

```
                    CURRENT FEES                                    1,519.50


                    TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
JEFFREY ROTHLEDER         2.5    at   $395.00  =      987.50
ANDREA K. CAMPBELL         .2    at   $260.00  =       52.00
LISA INDELICATO           2.0    at   $240.00  =      480.00
                         ----                      ---------
         TOTALS           4.7                       1,519.50

                    SUBTOTAL FOR THIS MATTER                   $1,519.50
```

```
030885 Official Committee of Unsecured Creditor           Invoice Number 1186661
10 MARCH 2009                                                     Page      16
```

SUMMARY OF CHARGES
------------------

| | |
|---|---:|
| TOTAL FOR: POSTAGE | 67.03 |
| TOTAL FOR: DUPLICATING SUMMARY | 190.60 |
| TOTAL FOR: OTHER DATABASE SEARCH | 1.30 |
| TOTAL FOR: DOCUMENT IMAGING | 27.45 |
| TOTAL FOR: OVERTIME MEALS & CABS | 12.59 |
| TOTAL FOR: TAXICABS | 71.20 |
| TOTAL FOR: MEALS | 25.62 |

```
030885 Official Committee of Unsecured Creditor              Invoice Number 1186661
       10 MARCH 2009                                                    Page    17
```

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | 9.00 | 620.00 | 5,580.00 |
| LEAH M. EISENBERG | BR, 2001 (NY & NJ) | 6.10 | 440.00 | 2,684.00 |
| **ASSOCIATES** | | | | |
| JEFFREY ROTHLEDER | BR, 2002 (MD) | 24.40 | 395.00 | 9,638.00 |
| ANDREA K. CAMPBELL | RE, 2008 (FL) | 5.40 | 260.00 | 1,404.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 3.20 | 240.00 | 768.00 |
| | | 48.10 | | 20,074.00 |

Blended Rate: 417.34

BF:     Banking and Finance
BR:     Bankruptcy and Reorganization
CORP:   Corporate
EMPL:   Employment Law
HEALTH: Health Law
INTL:   International Law
LDR:    Litigation Dispute Resolution
RE:     Real Estate

```
030885 Official Committee of Unsecured Creditor            Invoice Number 1186661
10 MARCH 2009                                                  Page     18


                CURRENT CHARGES FOR ALL MATTERS                      395.79

                CURRENT FEES FOR ALL MATTERS                      20,074.00

                TOTAL AMOUNT OF THIS INVOICE                     $20,469.79
                                                                 ==============


                REMAINING RETAINER BALANCE:                           $.00
```

## ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

```
Official Committee of Unsecured Creditors of Luminent      Invoice Number  1186661
Mortgage Capital, Inc., et al.                             Invoice Date    03/10/09
c/o Arent Fox LLP                                          Client Number   030885
1050 Connecticut Ave NW
Washington, DC 20036
```

---

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

```
         TOTAL AMOUNT OF THIS INVOICE                      $20,469.79
```

```
PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:

             Arent Fox LLP
             P.O. Box 758670
             Baltimore, Maryland 21275


WIRING INSTRUCTIONS (if applicable):


Bank:                   Wachovia Bank, NA
Address:                Roanoke, VA
ABA#:                   051400549
SWIFT CODE:             PNBPUS33 (for international use)
Account #:              2065204060070
Beneficiary Name:       Arent Fox LLP
Beneficiary Address:    1050 Connecticut Ave., NW
                        Washington, DC 20036

      Please reference the following:
             Client #          030885
             Client Name       Official Committee of Unsecured Creditors of Lumine
             Invoice Number    1186661
```

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.