

**CBIZ Mahoney Cohen**
1065 Avenue of the Americas ■ New York, NY 10018
Phone: 212.790.5700 ■ Fax: 212.398.0267

March 18, 2009

**PERSONAL & CONFIDENTIAL**

Mr. Zachary H. Pashel　　　　　　　　　　　　　　　　　　A/C #65935
Luminent Mortgage Capital, Inc.
1515 Market Street, Suite 2000
Philadelphia, PA 19102

Dear Mr. Pashel,

Attached please find our invoice for fees and expenses for professional services rendered from February 1, 2009 through February 28, 2009. Pursuant to the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, our request for interim payment is as follows:

|  |  |  |
|---|---|---|
| FEES | $ 6,539.04 | (representing 80% of total fees of $8,173.80) |
| EXPENSES | - | (representing 100% of total expenses) |
| TOTAL | $ 6,539.04 | |

We reserve the right to amend and/or supplement the enclosed invoice in connection with our application for interim or final compensation.

If you have any questions, please feel free to me at (212) 790-5883.

Sincerely,

Charles M. Berk

CC:　Andrew I. Silfen, Esq., Arent Fox LLP
　　　Jeffrey N. Rothleder, Esq., Arent Fox LLP
　　　Scott H. Bernstein, Esq., Hunton & Williams LLP
　　　Joel I. Sher, Esq., Shapiro, Sher, Guinot & Sandler
　　　Mark A. Neal, Esq., Office of the United States Trustee



**CBIZ Mahoney Cohen**
1065 Avenue of the Americas ■ New York, NY 10018
Phone: 212.790.5700 ■ Fax: 212.398.0267

March 18, 2009

**PERSONAL & CONFIDENTIAL**

Mr. Zachary H. Pashel                           A/C #65935
Luminent Mortgage Capital, Inc.                 113-1305
1515 Market Street, Suite 2000
Philadelphia, PA 19102

**TO: CBIZ Mahoney Cohen**

| | |
|---|---:|
| FOR PROFESSIONAL SERVICES RENDERED for the period February 1, 2009 through February 28, 2009 | $ 8,173.80 |
| Expenses | - |
| Amount due | $ 8,173.80 |

Luminent Mortgage Capital, Inc. et al
EMPLOYEE TIME SUMMARY
February 1, 2009 through February 28, 2009

| Int. | Name/Title | Rate | Time | Amount |
|---|---|---|---|---|
| CB | Charles Berk, Managing Director | $480 | 16.5 | $ 7,920.00 |
| LS | Lisa Stuhr, Staff | $168 | 0.6 | 100.80 |
| JR | Jennifer Roncorni, Staff | $153 | 1.0 | 153.00 |
|  | Total |  | 18.1 | $ 8,173.80 |

Summary by Position:

|  | Hours | Amount | Average Rate |
|---|---|---|---|
| Managing Director and Director | 16.5 | $ 7,920.00 | $480.00 |
| Seniors and staff | 1.6 | 253.80 | $158.63 |
|  | 18.1 | $ 8,173.80 | $451.59 |

Luminent Mortgage Capital, Inc. et al
EMPLOYEE TIME DETAIL
February 1, 2009 through February 28, 2009

| Date | Initial | Explanation of Work Performed | Time | Rate | Fees |
|---|---|---|---|---|---|
| 02/02/09 | CB | Review and comments to Wells Fargo's proposed Term Sheet and the proposed objection to the Arco settlement | 3.8 | 480.00 | 1,824.00 |
| 02/03/09 | CB | Analyze the cash receipts/cash disbursements through January 23rd | 2.9 | 480.00 | 1,392.00 |
| 02/04/09 | JR | Assist in the analysis of amounts due to unsecured claimants | 1.0 | 153.00 | 153.00 |
| 02/04/09 | CB | Prepare an unsecured claims analysis | 2.0 | 480.00 | 960.00 |
| 02/05/09 | CB | Revise unsecured claims analysis | 1.1 | 480.00 | 528.00 |
| 02/06/09 | LS | Download January 2009 time detail, revise and submit to Counsel | 0.6 | 168.00 | 100.80 |
| 02/16/09 | CB | Update unsecured claims analysis | 1.1 | 480.00 | 528.00 |
| 02/17/09 | CB | Complete and distribute the January 2009 cash flow report | 1.2 | 480.00 | 576.00 |
| 02/24/09 | CB | Participation on a Committee conference call re: case status | 0.3 | 480.00 | 144.00 |
| 02/24/09 | CB | Preparation for Committee conference call; review documentation, including revised proposals | 1.2 | 480.00 | 576.00 |
| 02/24/09 | CB | Continue the preparation of the unsecured claims base analysis | 1.0 | 480.00 | 480.00 |
| 02/25/09 | CB | Revise the unsecured claims base analysis and distribute to Counsel for review | 1.9 | 480.00 | 912.00 |
| **Total:** | | | **18.1** | | **8,173.80** |