IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

| | | |
|---|---|---|
| In re: | * | (Chapter 11) |
| **LUMINENT MORTGAGE CAPITAL, INC.**, | * | Case No. 08-21389-DK |
| **LUMINENT CAPITAL MANAGEMENT, INC.**, | | Case No. 08-21390-DK |
| **MAIA MORTGAGE FINANCE STATUTORY TRUST**, | * | Case No. 08-21391-DK |
| **MERCURY MORTGAGE FINANCE STATUTORY TRUST**, | * | Case No. 08-21392-DK |
| **MINERVA CDO DELAWARE SPV LLC**, | * | Case No. 08-21393-DK |
| **MINERVA MORTGAGE FINANCE CORPORATION**, | * | Case No. 08-21394-DK |
| **OT REALTY TRUST**, | | Case No. 08-21395-DK |
| **PANTHEON HOLDING COMPANY, INC.**, | * | Case No. 08-21396-DK |
| **PROSERPINE, LLC**, | | Case No. 08-21397-DK |
| **SATURN PORTFOLIO MANAGEMENT, INC.**, | * | Case No. 08-21398-DK |
| Debtors. | * | (Jointly Administered Under Case No. 08-21389-DK) |

* * * * * * * * * * * *

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE
OF THE SECOND AMENDED JOINT PLAN OF
REORGANIZATION WITH REVISIONS OF LUMINENT
MORTGAGE CAPITAL, INC. AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE THAT**:

1.    Confirmation of the Plan.  On June 30, 2009, the United States Bankruptcy Court for the District of Maryland, Baltimore Division entered an order (the "Order") confirming the *Second Amended Joint Plan of Reorganization with Revisions of Luminent Mortgage Capital, Inc. and its Affiliated Debtors* (the "Plan") in the jointly administered Chapter 11 cases of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors").  A copy of Order and a copy of the Plan are available upon written request to the undersigned counsel for the Reorganized Debtors.  Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Order.

2.    Effective Date.  The Effective Date of the Plan occurred on July 14, 2009.

[*Remainder of Page Intentionally Left Blank*]

Dated: July 14, 2009.

/s/    Joel I. Sher
Joel I. Sher, Maryland No. 00719
SHAPIRO, SHER, GUINOT & SANDLER
36 South Charles Street
Suite 2000
Baltimore, Maryland 21201-3147
Telephone: (410) 385-4277

-and-

Peter S. Partee (admitted *pro hac vice*)
Richard P. Norton (admitted *pro hac vice*)
Scott H. Bernstein (admitted *pro hac vice*)
HUNTON & WILLIAMS LLP
200 Park Avenue, 53rd Floor
New York, New York 10166-0136
Telephone: (212) 309-1000

Michael G. Wilson (admitted *Pro Hac Vice)*
Thomas N. Jamerson (admitte*d Pro Hac Vice)*
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone: (804) 788-8219

*Co-Counsel for Reorganized Debtors*