

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Luminent Mortgage Capital, Inc., et al | * | Case No.    08-21389-DK |
| | * | Chapter    11 |
| | * | |
| | * | |
| Debtor(s) | * | |

## FINAL DECREE IN CHAPTER 11 CASE

The estate of the above-named Debtor(s) having been fully administered, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Chapter 11 case of the above-named Debtor(s) is CLOSED.

cc:   Debtor(s)
      Counsel for Debtor(s)
      U.S. Trustee
      All Creditors

Postco-6.9--  8/24/07 (mb)

**End of Order**